TO: YOUR Honorable Malachy E. Mannion

**FILED**
**SCRANTON**

SEP 25 2023

PER ___E/___
DEPUTY CLERK

Your Honor,

To be honest I do not know if I am doing this correctly, But im a firm believer in trying to find the truth. I don't know if im suppose to file a motion about this issue Or Just write you. I filed my complaint in June of 2023. It was officially DEEMED filed on July 11, 2023. To this day I have yet to here anything further. I am worried I am missin things in the mail and my complaint will be denied through no fault of my own. If there is any thing You can do to help Please let Me Know. Thank you for your attention in this Matter.

Send To:

Marcus Walker LW7336
SCI Camp Hill
500 Lisburn RD
Camp Hill PA 17001

Sincerely,
Marcus Walker

---

Marcus Walker

    Plaintiff

V.

MR. SMITH, ET AL...

    Defendants

No 3:23-CV-0096

Judge Mannion

Marcus Walker LW7336
SCI Camp Hill
2500 Lisburn RD.
Camp Hill PA 17001

Inmate Mail
PA DEPT. OF
CORRECTIONS

US POSTAGE $000.63
SEP 21 2023

RECEIVED
SCRANTON
SEP 25 2023
PER _____ DEPUTY _____

Malachy E. Mannion
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington AVE
P.O. Box 1148
Scranton, PA 18501

LEGAL MAIL